UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATIMA ACOSTA<br><br>        Plaintiff,<br><br>    v.<br><br>SHANLEY CORP., et al.,<br><br>        Defendants. | Case No.  16-cv-00971-RMW<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date: August 4, 2016<br>ENE Evaluator: Stephen Pahl |

IT IS HEREBY ORDERED that the request to excuse plaintiff Fatima Acosta from appearing in person at the August 4, 2016, ENE before Stephen Pahl is DENIED.

**IT IS SO ORDERED**.

Dated: July 27, 2016

Maria-Elena James
United States Magistrate Judge