**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com
          apersinger@bursor.com
          ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATIMA ACOSTA, on Behalf of Herself and all Others Similarly Situated,<br><br>              Plaintiff,<br>     v.<br><br>SHANLEY CORP. D/B/A TTC MARKETING SOLUTIONS, and TTC-AMERIDIAL, LLC.,<br><br>              Defendants. | Case No.  5:16-cv-00971-RMW<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) (ii)
CASE NO. 5:16-CV-00971-RMW

# STIPULATION OF DISMISSAL

It is hereby stipulated by and between Plaintiff Fatima Acosta and Defendants Shanley Corp. d/b/a TTC Marketing Solutions and TTC-Ameridial, LLC, through their respective counsel, that the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

Dated:  September 6, 2016            **BURSOR & FISHER, P.A.**

By:   */s/ Annick M. Persinger*
       Annick M. Persinger

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:   ltfisher@bursor.com
             apersinger@bursor.com
             ykrivoshey@bursor.com

*Attorneys for Plaintiff*

Dated:  September 6, 2016            **CRAIG & WINKELMAN, LLP**

By:   /s/ *Bruce H. Winkelman*
Bruce H. Winkelman, CA #124455
2140 Shattuck Avenue, Suite 409
Berkeley, CA 94704
510-549-3330
bwinkelman@craig-winkelman.com

By:    /s/ *William E. Raney*

**COPILEVITZ & CANTER, LLC**
William E. Raney, MO #46954 (Admitted Pro hac vice)
Kellie Mitchell Bubeck, MO # 65573 (Admitted Pro hac vice)
310 W. 20th Street, Suite 300
Kansas City, MO 64112
816-472-9000

braney@cckc-law.com
kmitchell@cckc-law.com

*Attorneys for Defendants*

### **Attestation Pursuant to Local Rule 5-1**

Pursuant to Local Rule 5-1(i)(3), the undersigned filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By: */s/ Annick M. Persinger*
Annick M. Persinger