**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com
          apersinger@bursor.com
          ykrivoshey@bursor.com

*Attorneys for Plaintiff*

GRANTED
Ronald M. Whyte
Judge Ronald M. Whyte

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATIMA ACOSTA, on Behalf of Herself and all Others Similarly Situated,<br><br>             Plaintiff,<br>     v.<br><br>SHANLEY CORP. D/B/A TTC MARKETING SOLUTIONS, and TTC-AMERIDIAL, LLC.,<br><br>             Defendants. | Case No.  5:16-cv-00971-RMW<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

1  **STIPULATION OF DISMISSAL**

2   It is hereby stipulated by and between Plaintiff Fatima Acosta and Defendants Shanley

3  Corp. d/b/a TTC Marketing Solutions and TTC-Ameridial, LLC, through their respective counsel,

4  that the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil

5  Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

7  Dated:  September 6, 2016        **BURSOR & FISHER, P.A.**

8        By:    /s/ *Annick M. Persinger*
              Annick M. Persinger

10       L. Timothy Fisher (State Bar No. 191626)
         Annick M. Persinger (State Bar No. 272996)
11       Yeremey O. Krivoshey (State Bar No.295032)
         1990 North California Blvd., Suite 940
12       Walnut Creek, CA  94596
         Telephone: (925) 300-4455
13       Email:   ltfisher@bursor.com
                  apersinger@bursor.com
14                ykrivoshey@bursor.com

16       *Attorneys for Plaintiff*

17  Dated:  September 6, 2016        **CRAIG & WINKELMAN, LLP**

18        By:    /s/ *Bruce H. Winkelman*
          Bruce H. Winkelman, CA #124455
19        2140 Shattuck Avenue, Suite 409
          Berkeley, CA 94704
20        510-549-3330
          bwinkelman@craig-winkelman.com
21
22        By:    /s/ *William E. Raney*
23
          **COPILEVITZ & CANTER, LLC**
24        William E. Raney, MO #46954 (Admitted Pro hac vice)
25        Kellie Mitchell Bubeck, MO # 65573 (Admitted Pro hac vice)
26        310 W. 20th Street, Suite 300
27        Kansas City, MO 64112
          816-472-9000
28

braney@cckc-law.com
kmitchell@cckc-law.com

*Attorneys for Defendants*

### Attestation Pursuant to Local Rule 5-1

Pursuant to Local Rule 5-1(i)(3), the undersigned filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By: */s/ Annick M. Persinger*
Annick M. Persinger